IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

DENNIS J. ATENCIO,

    Plaintiff,

v.

THE HERTZ CORPORATION,

    Defendant.

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, on this date, Defendant The Hertz Corporation ("Hertz"), by and through its attorneys, Holland & Knight LLP, respectfully files this Notice of Removal pursuant to 28 U.S.C. § 1332 and states as follows:

### BACKGROUND

1.    Plaintiff, DENNIS J. ATENCIO ("Plaintiffs") filed an action against HERTZ alleging, *inter alia*, violation of Colorado's Civil Theft Statute, C.R.S. § 4-9-317. Plaintiff filed his complaint in the District Court in Adams County, Colorado. A copy of the Complaint is attached hereto as **Exhibit "A."** Hertz received the Complaint on June 28, 2021.

2.    The Complaint alleges the following against Hertz: (1) violation of C.R.S. § 4-9-319 (Civil Theft); and (2) Trespass to Chattel.

**FEDERAL DIVERSITY JURISDICTION EXISTS**

3. This Court has original federal diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

4. Plaintiff is a resident in the State of Colorado. (Complt. ¶1.)

5. Defendant Hertz is a Delaware Corporation with a principal place of business at 8501 Williams Road, Estero, Florida 33928. (Complt. ¶2.)

6. Plaintiff alleges that Defendant wrongfully repossessed his 2019 GMC Terrain and sets the value of the car at $22,300. (Complt. ¶3.) According to Plaintiff, he acquired the automobile through Carvana, a business which uses a phone application to connect buyers and sellers of automobiles. (Complt. ¶3.)

7. Colorado's Civil Theft Statute permits a successful plaintiff to recover treble damages as well as attorney fees and costs. C.R.S. § 4-9-319.

8. The potential for treble damages means that the amount in controversy equals at least $66,900.00.

9. In addition, this case will likely involve more complex issues and discovery, such as third party discovery to Carvana and possibly other entities. Attorney fees related to those costs will likely exceed $15,000.00. *See* Declaration of Leah E. Capritta in Support of Notice of Removal.

10. Accordingly, the amount in controversy exceeds $75,000.00. *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208, 1212-13 (D. Colo. 2007)(the amount in controversy may include exemplary damages and attorney fees if awardable under state law).

## TIMELINESS

11. Pursuant to 28 U.S.C. § 1446(b), a party has within thirty (30) days from receipt of the claim to file its Notice of Removal. *See Bresciani v. Allstate Fire and Casualty Ins. Co.,* 2019 WL 549441 (D. Colo. 2019).

12. The Complaint was received by Hertz on June 28, 2021.

13. This Notice is filed within thirty (30) days of Hertz's earliest date of actual notice of Plaintiff's Complaint.

14. Accordingly, this Notice of Removal is timely under 28 U.S.C. §§ 1446(b).

## NOTICE TO STATE COURT AND PARTIES OF REMOVAL

15. A copy of this Notice of Removal is being filed with the District Court for Adams County, Colorado and a written notice is being provided to Plaintiff pursuant to 28 U.S.C. §1446(d).

## STATE COURT PLEADINGS

16. True and correct copies of all of the process, pleadings, and orders served in the State Court action are being filed herewith as follows: **Exhibit B** is the Summons issued to The Hertz Corporation; **Exhibit C** is the Civil Case Cover Sheet; **Exhibit D** is the Affidavit of Service on The Hertz Corporation; **Exhibit E** is the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint; and **Exhibit F** is the Order Granting the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. The Hertz Corporation will file separately all pleadings in accordance with D.C.COLO.LCivR 81.1.

## **NON-WAIVER AND RESERVATION OF RIGHTS**

17. In filing this Notice of Removal, Hertz reserves all and does not waive any defenses.

WHEREFORE, THE HERTZ CORPORATION respectfully submits that this Notice of Removal complies with the statutory removal requirements and respectfully requests that this action now proceeding against it be removed from the District Court for Adams County, Colorado to this Court and that this action proceed in this Court as a properly removed action.

Dated: July 29, 2021.

                                              Respectfully submitted,

                                              HOLLAND & KNIGHT LLP

By: */s/Leah E. Capritta*
Leah E. Capritta
1801 California Street, Suite 5000
Denver, CO  80202
Tel.: (303) 974-6656
Fax: (303) 974-6659
leah.capritta@hklaw.com

*Attorneys for Defendant*
*The Hertz Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of July 2021, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using CM/ECF system.  I sent separate notice via the Colorado Court ICCES e-filing system to Plaintiff's counsel of record as follows:

Matthew R. Osborne
11178 Huron Street, Suite 7
Northglenn, Colorado 80234
matt@mrosbornelawpc.com
*via ICCES*

                                                */s/Leah E. Capritta*
                                                Leah E. Capritta