IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 21-cv-02059-CMA-NRN          Date:  October 8, 2021
Courtroom Deputy:  Román Villa               FTR:  Courtroom C203

_Parties:_                                    _Counsel:_

DENNIS J. ATENCIO,                            Matthew Ross Osborne

    Plaintiff,

v.

THE HERTZ CORPORATION,                        Leah E. Capritta

    Defendant.

---

## COURTROOM MINUTES

---

**TELEPHONIC SCHEDULING CONFERENCE**

**11:30 a.m.    Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before October 11, 2021.

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their Motion for Protective Order and proposed Protective Order **on or before October 25, 2021.**

Joinder of Parties/Amendment to Pleadings: December 27, 2021

Discovery Cut-off: April 21, 2022

Dispositive Motions Deadline: May 23, 2022

Each side shall be limited to 5 depositions, excluding experts.

Depositions shall not exceed 7 hours for two deponents, exclusive of experts, all others limited to 4 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: March 4, 2022
Disclosure of Rebuttal Experts: April 4, 2022
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**JOINT STATUS REPORT** shall be filed no later than **March 14, 2022**, updating the Court on the status of discovery and if there is anything the parties need to address with the Court.  If there are any outstanding issues, the Court may set a Status Conference.

A **Final Pretrial Conference** is set for July 21, 2022, at 9:30 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

Immediately following the Final Pretrial Conference, counsel and *pro se* parties shall confer and one party shall request trial dates by emailing Judge Arguello's Chambers (Arguello_Chambers@cod.uscourts.gov), with a copy to opposing counsel. The email should include the relevant case number and the anticipated length of trial, as well as mutually acceptable proposed trial dates within three to four months of the Final Pretrial Conference.  Failure to comply with this Practice Standard may result in the Court unilaterally setting the trial date.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**11:57 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:27

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.